UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22332-CIV-MOORE/SIMONTON

**SUNSHINE RESTAURANT
PARTNERS, L.P.,**

    Plaintiff,

v.

**SHIVSHAKTI ONE, INC.,**

    Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO COMPEL WITHOUT PREJUDICE

Presently pending before the Court is Defendant's Motion to Compel Discovery (DE # 33, duplicate motion filed at DE # 34).  All pretrial discovery matters are referred to the undersigned Magistrate Judge (DE # 4).

The Local Rules provide that,

> [p]rior to filing any motion in a civil case, . . . counsel for the movant shall confer (orally or in writing), or make reasonable effort to confer (orally or in writing), with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. . . .  At the time of filing the motion, counsel for the moving party shall file with the Clerk of the Court a statement certifying either: (a) that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so; or (b) that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the statement, but has been unable to do so. If certain of the issues have been resolved by agreement, the statement shall specify the issues so resolved and the issues remaining unresolved. Failure to comply with the requirements of this Local Rule may be cause for the Court to grant or deny the motion . . . .

S.D. Fla. L.R. 7.1.A.

Defendant's motion does not contain the required certificate of conference with

opposing counsel. It is, therefore,

**ORDERED AND ADJUDGED** that Defendant's Motion to Compel Discovery (DE # 33, duplicate motion filed at DE # 34) is **DENIED WITHOUT PREJUDICE** to file a renewed motion, if necessary, following a conference with opposing counsel in a good faith effort to resolve the issues raised in the motion in accordance with the Local Rules and in light of this Court's separate Order on Discovery Procedures, entered on this date.

**DONE AND ORDERED** in chambers in Miami, Florida on November 19, 2008.

*Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable K. Michael Moore,
    United States District Judge
All counsel of record